

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00427-CV

CITY OF ARLINGTON, Appellant

V.

BETTY WARNER, Appellee

§ On Appeal from the 236th District Court

§ of Tarrant County (236-292659-17)

§ June 20, 2019

§ Opinion by Justice Kerr

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the trial court's order denying Appellant City of Arlington's no-evidence summary-judgment motion is affirmed.

It is further ordered that Appellant City of Arlington shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Elizabeth Kerr_____
          Justice Elizabeth Kerr